FILED
CLERK, U.S. DISTRICT COURT
DEC 31 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JOE MARTINEZ<br><br>              Defendant. | CR11-0029 R<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he is not a danger to the community, given the instant matter's violation allegations, his criminal history including both juvenile and adult felony convictions, and substance abuse concerns.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he is not a non-appearance risk, given his lack of known bail resources/sureties, lack of community ties, the instant matter's violation allegations, and substance abuse concerns.

IT IS ORDERED that defendant be detained.

DATED: 12/31/2014

HON. ~~PATRICK J. WALSH~~ JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE