UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Joseph Martinez, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: CR 11-0029-R-12 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District/Calif.</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>unknown recent background and bail resources,</u>

1 | <u>use of numerous aliases + dates of birth, prior</u>
2 | <u>warrants and failures to appear, fugitive status</u>
3 |
4 | and/or
5 | B.  ( )  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9 | on: _____
10 |
11 |
12 |
13 |
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated:  3/21/17                      /s/ Jean Rosenbluth
18 |                                      JEAN ROSENBLUTH
                                         U.S. MAGISTRATE JUDGE

2